# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                    **JS-6**

| Case No. | CV 10-5597 CAS (MANx) | Date | November 1, 2010 |
|---|---|---|---|
| Title | JOSEFINA REYES; ET AL. v. WORLD SAVINGS BANK, FSB; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(In Chambers:) DEFENDANT WACHOVIA MORTGAGE'S MOTION TO DISMISS** (filed 08/04/10)

On May 28, 2010, plaintiffs Josefina Reyes and Jorge Luis Gonzalez filed a complaint in the Norwalk Superior Court against defendants World Savings Bank, FSB, Wachovia Mortgage and Does 1-100, inclusive in the Norwalk Superior Court.  The complaint alleges (1) violation of the Unruh Act, Cal. Civ. Code § 51 et. seq.; (2) violation of the Truth in Lending Act, 15 U.S.C. § 2601 et. seq.; (3) violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 et. seq.; and (4) unjust enrichment.[1] Defendants removed the action to the district court and it was assigned to this Court on July 28, 2010.

On August 4, 2010, defendant Wachovia Mortgage filed a motion to dismiss plaintiff's complaint.  Because plaintiffs failed to timely respond to the motion to dismiss, the Court granted defendant's motion to dismiss without prejudice on September 27, 2010.  Plaintiffs were instructed to file an amended complaint within thirty (30) days after the filing of that order.  Plaintiffs were admonished that in the event that they did not amend their complaint within thirty (30) days, the Court would dismiss the action with prejudice.

Plaintiffs have failed to file an amended complaint as required by this Court. Therefore, this action is dismissed with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|

---

[1]Plaintiffs also cite a violation of Cal. Civ. Code § 1632 in the caption to their complaint, but fail to state a cause of action pursuant this section in the body of their complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 10-5597 CAS (MANx) | Date | November 1, 2010 |
|----------|----------------------|------|------------------|
| Title | JOSEFINA REYES; ET AL. v. WORLD SAVINGS BANK, FSB; ET AL. | | |

Initials of Preparer          CMJ