Submitted by:

Mark T. Flewelling (#96465)
  mflewelling@afrct.com
Michael Rapkine (#222811)
  mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900  Fax: (626) 577-7764

Attorneys for Defendant
 Wachovia Mortgage, a division of Wells Fargo Bank
 N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World
 Savings Bank, FSB ("Wachovia")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEFINA REYES, an individual, JORGE LUIS GONZALEZ, an individual,<br><br>                          Plaintiffs,<br><br>     vs.<br><br>WORLD SAVINGS BANK, FSB, a Federal Savings Bank; WACHOVIA MORTGAGE and Does 1 through 100, inclusive,<br><br>                          Defendants. | Case No. 2:10-CV-5597-CAS (MANx)<br><br>[Assigned to the Honorable Christina A. Snyder]<br><br>**JUDGMENT OF DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

On November 1, 2010, this Court entered an order dismissing plaintiffs' complaint, with prejudice for failure to amend as required by the Court.  Accordingly:

/ / /

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. That this entire action is dismissed with prejudice; and
2. Plaintiff shall recover nothing from Wachovia Mortgage, a division of Wells Fargo Bank N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB in this action.

Dated: November 17, 2010

*/s/ Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document(s):

**[PROPOSED] JUDGMENT OF DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE**

on all interested parties in said case as follows:

**Served Electronically Via The Court's CM/ECF System:**

Marcus Gomez, Esq.
12749 Norwalk Blvd., Suite 204A
Norwalk, CA 90650
Tel: (562) 929-2309/Fax: (562) 864-5459
Email: marcusgomez@verizon.net

**Also Served By Means Other Than The Court's CM/ECF System:**

☒   **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 9, 2010.**

| Corina Aguilar | /s/ Corina Aguilar |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |