UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV CAS 10-5597 (MANx) | Date | February 1, 2011 |
|---|---|---|---|
| Title | JOSEFINA REYES; ET AL. v. WORLD SAVINGS BANK, FSB; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | NOT PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

NOT PRESENT                               NOT PRESENT

**Proceedings:**   **(In Chambers:) DEFENDANT WACHOVIA MORTGAGE'S MOTION FOR AWARD OF ATTORNEYS' FEES** (filed 12/3/10)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

In light of the fact that defendant has not submitted an opposition and the Court has taken this matter under submission, defendant has not been required to file a reply or attend the hearing on this matter. Therefore, the fees requested are reduced from $5,939.00 to $5,314.00 to reflect the fees associated with these activities.

IT IS SO ORDERED.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer | | CMJ | |